UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **DAVID A. PADEN**

Debtor.

Case Number: 21-44715 LSG
Chapter 13
Judge LISA S. GRETCHKO

ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

/

## DECLARATION OF DAVID A. PADEN

David A. Paden hereby states under penalty of perjury that the following information is true and correct to best of his knowledge, information and belief.

I, David A. Paden, did not work or reside in the City of Detroit in 2019 or 2020 so I was not required to file City of Detroit Income Taxes for either 2019 or 2020.

*David A. Paden*
David A. Paden

Date: 11-04-2021